UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-24261-CIV-ALTONAGA/Simonton

**CORWIN BROWN**, *et al.*,

    Plaintiffs,

vs.

**NATIONAL FOOTBALL LEAGUE**, *et al.*,

    Defendants.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On the Civil Cover Sheet [ECF No. 1-1], Plaintiffs indicate this case is related to Multidistrict Litigation 2323, pending in the United States District Court for the Eastern District of Pennsylvania. Because this case may be transferred to the U.S. District Court for the Eastern District of Pennsylvania, it is

**ORDERED AND ADJUDGED** as follows:

1. This case is **STAYED** pending a transfer decision by the Judicial Panel on Multidistrict Litigation.

2. Furthermore, the case shall be **ADMINISTRATIVELY CLOSED**, for statistical purposes only, without prejudice to the substantive rights of any of the parties. Any party may move to reopen this case at the appropriate time.

**DONE AND ORDERED** at Miami, Florida, this 7th day of December, 2012.

                                                   _____
                                                 **CECILIA M. ALTONAGA**
                                                 UNITED STATES DISTRICT JUDGE

cc: counsel of record